IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| SHIRLEY THOMAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 122-139 |
| | ) | |
| SUMMIT FOOD SERVICE, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

The Court **GRANTS** the Joint Motion to Stay and Extension of Discovery Deadlines, (doc. nos. 18, 18-1), and **STAYS** case deadlines pending settlement negotiations through and including July 31, 2023.  The parties shall advise the Court as to the status of the case by no later than August 7, 2023, and, if the case is not resolved, the Court imposes the following deadlines:

| | |
|---|---|
| CLOSE OF DISCOVERY | October 5, 2023 |
| LAST DAY FOR FILING CIVIL MOTIONS INCLUDING *DAUBERT* MOTIONS, but EXCLUDING MOTIONS IN LIMINE | November 6, 2023 |

All provisions of the prior Scheduling Orders, (doc. nos. 15, 16), not revised herein shall remain in full force and effect.

SO ORDERED this 18th day of July, 2023, at Augusta, Georgia.

*/s/ Brian K. Epps*
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA